IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| vs. | : | |
| | : | |
| MOHAMMAD REZA VAGHARI | : | NO.  08-693-01 |
| a/k/a "Mitch Vaghari" | : | |
| MIR HOSSEIN GHAEMI | : | -02 |

## O R D E R

**AND NOW**, this 27th day of July, 2009, upon consideration of Defendant Mohammad Reza Vaghari's Omnibus Motion to Dismiss Counts One through Six of the Indictment (Document No. 63, filed May 6, 2009); Defendant Mohammad Reza Vaghari's Motion to Strike Overt Acts Nos. 1–4; 10–11; 15; 17; 26; 30; 35–36 and 5–9 from Count One of the Indictment (Document No. 64, filed May 6, 2009); the Government's Response to Defendants' Motions to Dismiss (Document No. 75, filed May 12, 2009); the Government's Response to Defendants' Motion to Strike Overt Acts from Count One of the Indictment (Document No. 92, filed June 25, 2009); and oral argument in opon July 23, 2009, **IT IS ORDERED**, for the reasons stated in the Memorandum of July 27, 2009, as follows:

1. Defendant Mohammad Reza Vaghari's Omnibus Motion to Dismiss is **DENIED**;

2. Defendant Mohammad Reza Vaghari's Motion to Strike is **GRANTED IN PART** and **DENIED IN PART**, as follows:

    a. Overt Acts 1–10 are **STRICKEN** from Counts Two, Three and Four of the Indictment;

    b. In all other respects, defendants' Motion to Strike is **DENIED**.

BY THE COURT:

_____
**JAN E. DUBOIS, J.**