IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| vs. | : | |
| | : | |
| MOHAMMAD REZA VAGHARI | : | NO.  08-693-01 |
| a/k/a "Mitch Vaghari" | : | |
| MIR HOSSEIN GHAEMI | : | -02 |

**O R D E R**

**AND NOW**, this 5th day of August, 2009, upon consideration of Defendant Mohammad Reza Vaghari's Motion to Suppress Documents and Other Evidence Seized by the FBI from His Residence (Document No. 65, filed May 6, 2009); defendant's Praecipe to Attach Exhibits (Document No. 67, filed May 7, 2009); the Government's Response to Defendant's Motion to Suppress (Document No. 90, filed June 25, 2009); Defendant's Post-Hearing Memorandum in Support of His Motion to Suppress Evidence (Document No. 103, filed July 27, 2009); the Government's Letter in Response dated July 28, 2009 (Document No. 111, filed July 30, 2009); defendant's Letter in Reply dated July 29, 2009 (Document No. 108, filed July 29, 2009)[1]; the Suppression Hearing on July 23, 2009; and oral argument in open Court on all of the issues raised in the Motion on July 23, 2009, for the reasons stated in the Memorandum of August 5, 2009, **IT IS ORDERED** that Defendant Mohammad Reza Vaghari's Motion to Suppress Documents and Other Evidence Seized by the FBI from His Residence is **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois
**JAN E. DUBOIS, J.**

---

[1] This letter was also docketed as Document No. 110, filed July 30, 2009.